FILED
March 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ROSE SALAIZ,**<br><br>Plaintiff,<br><br>v.<br><br>**HW SELLER LLC,** a Illinois Limited Liability Company<br><br>Defendants. | EP-23-CV-0047-DG |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant HW SELLER LLC, have resolved their case. Plaintiff hereby requests the Court to dismiss the case against HW SELLER LLC, with prejudice.

Dated March 21, 2023,                    Respectfully Submitted,

*/s/ Rose Salaiz*

Rose Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0895
21.msalaiz@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROSE SALAIZ,<br><br>                    Plaintiff,<br><br>v.<br><br>HW SELLER LLC, a Illinois Limited Liability Company<br><br><br><br>                    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  EP-23-CV-0047-DG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated March 21, 2023,                    Respectfully Submitted,

*Rose Salaiz*

Rose Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0895
21.msalaiz@gmail.com

**RECEIVED**
March 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ROSE SALAIZ,** | § |
| Plaintiff, | § |
| v. | § |
| **HW SELLER LLC,** a Illinois Limited Liability Company | § EP-23-CV-0047-DG |
| Defendants. | § |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**