UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ROSE SALAIZ**, | § |
| *Plaintiff*, | § |
| v. | § EP-23-CV-00047-DCG |
| **HW SELLER LLC**, *an Illinois LLC*, | § |
| *Defendant*. | § |

## ORDER DISMISSING CASE

Plaintiff Rose Salaiz has filed a Motion to Dismiss.[1]  *See* Mot., ECF No. 6.  After carefully considering Plaintiff's Motion, the Court issues the following orders:

Plaintiff Rose Salaiz's "Motion to Dismiss with Prejudice" (ECF No. 6) is **GRANTED**.

All claims asserted by Plaintiff Rose Salaiz in this action against Defendant HW Seller LLC are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 22nd day of March 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not need to file a motion to dismiss; rather, she should have filed a notice of dismissal.  *See* Fed. R. Civ. P. 41(a)(1)(A) (allowing parties to dismiss an action "[w]ithout a [c]ourt [o]rder" under certain circumstances).  Nevertheless, the Court will consider Plaintiff's Motion.